# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

v.                               **Case No. 4:14-cr-00138-02 KGB**

**JERRY THOMAS DICKERSON**                                                 **DEFENDANT**

## ORDER

Pending before the Court is defendant Jerry Thomas Dickerson's *pro se* motion for early termination of supervised release (Dkt. No. 317). The government has responded to the motion (Dkt. No. 320).

Mr. Dickerson pled guilty to possession with intent to distribute more than five grams but less than 50 grams of methamphetamine actual in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) (Dkt. Nos. 258-260). This Court then sentenced Mr. Dickerson to time served to be followed by eight years of supervised release and a $100.00 special assessment (Dkt. Nos. 313-14). As a part of his supervised release, Mr. Dickerson was required to complete 200 hours of community service (Dkt. No. 314, at 5). Mr. Dickerson's supervision commenced on January 9, 2019.

Mr. Dickerson seeks early termination of his supervised release because he has completed his community service and complied with the conditions of supervised release. He also has built a logging business and has the opportunity to build another business, if he is able to leave town and go on the road. Currently, he seeks the permission of the probation officer every time he seeks to leave town for business or a family emergency.

The government recognizes that Mr. Dickerson has performed well on supervision and has maintained employment. Further, the government recognizes that out-of-state opportunities for work motivate, in part, Mr. Dickerson's request. The government "contends that because there

are now qualifying reasons to grant [Mr. Dickerson's] request, the United States will not object to the Court's determination of whether to grant" the request (Dkt. No. 320, at 3).  The United States Probation Office recommends early termination of supervised release for Mr. Dickerson, confirming that he has demonstrated overall progress in meeting supervision objectives, demonstrates the ability to self-manage lawfully beyond the period of supervision, is in substantial compliance with all conditions of supervision, engages in appropriate prosocial activities, and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and all appropriate factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice.  As he has served more than one year of supervised release, Mr. Dickerson is eligible for early termination of the remainder of his supervised release under 18 U.S.C. § 3583(e).  The Court acknowledges that Mr. Dickerson has complied with his conditions of supervised release, and he has provided reasons why early termination of his supervised release would serve the interests of justice.  Further, the government does not oppose, and defers to the Court on whether to grant, Mr. Dickerson's motion.

Mere compliance with the terms of supervised release does not justify early termination because compliance is expected.  Mr. Dickerson has made progress on completing the terms of his sentence; he has made substantial progress such that the interests of justice support early termination at this point.  Therefore, this Court grants Mr. Dickerson's motion for early termination of supervised release (Dkt. No. 317).

3

It is so ordered this 7th day of January, 2022.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge